[No. 3963-3-III. Division Three. January 19, 1982.]

*In the Matter of the Marriage of* EDITH RALSTON,
*Respondent, and* CLIFFORD E. RALSTON,
*Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 78-0964, Albert J. Yencopal, J., entered May 1, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 9533-1-I. Division One. January 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. QUINCY SHAUN STEWART, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-02577-1, Richard M. Ishikawa, J., entered October 23, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.